JS-6

**FILED**
CLERK, U.S. DISTRICT COURT
JUN 27 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC. ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BUNNY CHAMNONGNIT BOWERS. ) <br> ) <br> ) <br> Defendants. ) <br> ) | CASE NO. SACV10-00802-WDK(Ex) <br><br> ORDER REMOVING CASE FROM ACTIVE CASELOAD BY VIRTUE OF BANKRUPTCY FILING OF BUNNY CHAMNONGNIT BOWERS |

The Court having been notified that Defendant Bunny Chamnongnit filed a Voluntary Petition seeking protection from creditors in bankruptcy pursuant to United States Bankruptcy Code No. 8:13-bk-14989-TA, of the U.S. Bankruptcy Court, Central District of California, Santa Ana Division.

IT IS HEREBY ORDERED that this Defendant Bunny Chamnongnit, individually and d/b/a The Wild Rabbit a/k/a The Italian Restaurant At the Rabbit Hole Sports Bar is removed from the Court's active caseload until further application by the Parties or Order of this Court.

This Court retains jurisdiction over this action and this Order shall not prejudice any Party to this action.

1 |     IT IS FURTHER ORDERED all previously set dates for defendant Bunny Chamnongnit Bowers
2 | are vacated by the Court.

4 | DATED: June 27, 2013

*[signature]*

HONORABLE WILLIAM D. KELLER
U.S. District Court Judge